CHITTENDEN,
January,
1839.
A. LIVINGSTON AND OTHERS *v.* TOWNS OF JERICO AND
UNDERHILL.

### (*Practice.*)

By the Court.—In petitions to discontinue roads, laid
out by committees appointed by this court, the practice of
the court is to appoint the same committee that laid out the
road sought to be discontinued.